UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MIGUEL OMAR OJEDA-ENRIQUEZ,<br><br>Petitioner,<br>v.<br><br>WARDEN, LCC, et al.,<br><br>Respondents. | Case No. 2:18-cv-01207-RFB-VCF<br><br>ORDER |

This action is a 28 U.S.C. § 2254 petition for a writ of habeas corpus filed by Nevada state prisoner Miguel Omar Ojeda-Enriquez. On October 2, 2018, this court granted petitioner's motion for counsel and appointed the Federal Public Defender to represent petitioner in this action (ECF No. 7). On November 1, 2018, Stephen Spelman of the Federal Public Defender's Office appeared on behalf of petitioner (ECF No. 10). The court now sets a schedule for further proceedings in this action.

The parties shall note that they are not required to submit courtesy copies in this case at this time. After the amended petition is filed, the court may issue an order directing the parties to send any necessary courtesy copies to the court.

**IT IS THEREFORE ORDERED** that counsel for petitioner shall meet with petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as fully as possible, the potential grounds for habeas corpus relief in petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus relief must be

raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

**IT IS FURTHER ORDERED** that petitioner shall have **90 days** from the date of this order to FILE AND SERVE on respondents an amended petition for writ of habeas corpus, which shall include all known grounds for relief (both exhausted and unexhausted).

**IT IS FURTHER ORDERED** that respondents shall have **45 days** after service of an amended petition within which to answer, or otherwise respond to, the amended petition. If petitioner does not file an amended petition, respondents shall have forty-five (45) days from the date on which the amended petition is due within which to answer, or otherwise respond to, petitioner's original petition.

**IT IS FURTHER ORDERED** that, if and when respondents file an answer or other responsive pleading, petitioner shall have **30 days** after service of the answer or responsive pleading to file and serve his response.

**IT IS FURTHER ORDERED** that any state court record exhibits filed by the parties herein shall be filed with an index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed shall further be identified by the number or letter of the exhibit in the attachment.

DATED: November 20, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE