**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

MIGUEL OMAR OJEDA-ENRIQUEZ,

                Petitioner,

     v.

WARDEN, et al.,

                Respondents.

Case No. 2:18-cv-01207-RFB-VCF

**ORDER**

      Before the Court is petitioner Miguel Omar Ojeda-Enriquez's unopposed motion for leave to extend time to file a second amended petition (ECF No. 19). The Court grants the motion.

      **IT IS THEREFORE ORDERED** that petitioner's unopposed motion for extension of time to file the second amended (ECF No. 19) is **GRANTED**.  Petitioner shall file and serve his second-amended petition by Monday, December 9, 2019. Petitioner's previous motion to extend time (ECF No. 17) is denied as moot.

DATED: <u>October 22, 2019</u>.

                               _____

                               RICHARD F. BOULWARE, II
                               UNITED STATES DISTRICT JUDGE