# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MIGUEL OMAR OJEDA-ENRIQUEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN LCC, *et al.*,<br><br>Respondents. | Case No. 2:18-cv-01207-RFB-NJK<br><br>**ORDER** |

Petitioner Miguel Omar Ojeda-Enriquez, through his counsel the Federal Public Defender, asks the Court for an extension of time to file an opposition to respondents' motion to dismiss his 28 U.S.C. € 2254 habeas corpus petition. ECF No. 51. Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time to file an opposition to the motion to dismiss **(ECF No. 51) is GRANTED** *nunc pro tunc*. **The deadline to oppose is extended to June 3, 2025**.

**DATED:** April 7, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**