# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MIGUEL OMAR OJEDA-ENRIQUEZ, | Case No. 2:18-cv-01207-RFB-NJK |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN LCC, et al., | |
| Respondents. | |

Petitioner Miguel Omar Ojeda-Enriquez, through his counsel the Federal Public Defender, asks the Court for an extension of time to file an opposition to Respondents' Motion to Dismiss his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 53. Good cause appearing, the Court grants an extension, but not the lengthy extension Petitioner seeks. Absent extraordinary circumstances, the Court will not grant any further extension.

**IT IS THEREFORE ORDERED** that Petitioner's second unopposed Motion for Extension of Time to file an opposition to Respondents' Motion to Dismiss (ECF No. 53) is **GRANTED in part** *nunc pro tunc*. **The deadline is extended to July 9, 2025**.

**DATED:** June 4, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**