# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIGUEL OMAR OJEDA-ENRIQUEZ, | |
| Petitioner, | Case No. 2:18-cv-01207-RFB-NJK |
| v. | **EXTENSION ORDER** |
| WARDEN, LCC, *et al.*, | |
| Respondents. | |

Before the Court is Respondents' motion for a 61-day extension of time to file their response to Petitioner Miguel Omar Ojeda-Enriquez's Second Amended Petition (ECF No. 60.). This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

Therefore, **IT IS HEREBY ORDERED** the Motion for Extension of Time (ECF No. 60) is **GRANTED**. Respondents have up to, and including, January 26, 2026, to file their response.

**DATED:** November 30, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**