**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MIGUEL OMAR OJEDA-ENRIQUEZ, | |
| Petitioner, | Case No. 2:18-cv-01207-RFB-NJK |
| v. | **EXTENSION ORDER** |
| WARDEN LCC, *et al.*, | |
| Respondents. | |

Before the Court is Petitioner Miguel Omar Ojeda-Enriquez's Unopposed Motion to Extend Time (ECF No. 64). Through it, Petitioner seeks an additional sixty days to reply to Respondents' answer. See generally ECF No. 64. This is Petitioner's first request for an extension of this deadline.

Good cause being found, **IT IS HEREBY ORDERED** the Motion (ECF No. 64) is **GRANTED**. Petitioner now has up to, and including, May 11, 2026, to file his reply.

**DATED:** March 16, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**