**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

MIGUEL OMAR OJEDA-ENRIQUEZ,

    Petitioner,

    v.

WARDEN, LCC, *et al.*,

    Respondents.

Case No. 2:18-cv-01207-RFB-NJK

**EXTENSION ORDER**

Before the Court is Petitioner Miguel Omar Ojeda-Enriquez's Unopposed Motion to Extend Time (ECF No. 67). Through it, Petitioner seeks an additional 60 days to file a reply in support of his second amended petition. See Unopposed Mot. to Extend Time 1, ECF No. 67 (May 11, 2026). This is Mr. Ojeda-Enriquez's second request for an extension of this deadline. The Court finds good cause to grant it, as it is based on his attorney's competing professional obligations. In other words, the Motion was made in good faith and not to delay these proceedings.

Therefore, **IT IS HEREBY ORDERED** the Unopposed Motion to Extend Time (ECF No. 67) is **GRANTED**. Mr. Ojeda-Enriquez now has up to, and including, **July 10, 2026**, to file his reply.

**DATED:** May 26, 2026

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**