**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MIGUEL OMAR OJEDA-ENRIQUEZ,<br>Petitioner,<br>v.<br>WARDEN, LCC, *et al.*,<br>Respondents. | Case No. 2:18-cv-01207-RFB-NJK<br>**EXTENSION ORDER** |

This habeas matter is before this Court on Petitioner Miguel Omar Ojeda-Enriquez's motion for a 60-day extension of time to file his reply to his second-amended petition. See generally Mot. to Extend Time, ECF No. 70. This is Mr. Ojeda-Enriquez's third request for an extension of this deadline. Respondents do not oppose it. See generally Non-Opp'n to Pet'r's Mot. for Extension of Time, ECF No. 71. The Court finds good cause exists to grant the motion.

Based on the foregoing, **IT IS HEREBY ORDERED** the Motion for Extension of Time (ECF No. 70) is **GRANTED** *nunc pro tunc*. Mr. Ojeda-Enriquez has up to, and including, **September 8, 2026**, to file his reply.

**DATED:** July 27, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**